IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIZABETH A. CAMBRON                                                    Plaintiff

v.                              3:06CV00080 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                Defendant

## ORDER

Plaintiff has filed two motions for extension of time within which to file her brief. (Docket # 12 and 13) Those motions are granted to the extent that Plaintiff's brief is due thirty days from the date of this Order. Defendant's brief is due forty-two days from the date of service of Plaintiff's brief. All other requirements of the Amended Scheduling Order (Docket #11) remain the same.

IT IS SO ORDERED.

DATED this 14th day of November, 2007.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE