IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIZABETH A. CAMBRON                                                                                          PLAINTIFF

VS.                                       CASE NO. 3:06CV00080 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed and remanded for action consistent with the opinion.

SO ADJUDGED this 14th day of March, 2008.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE