IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIZABETH CAMBRON                                                PLAINTIFF

vs.                    Civil Case No. 3:06CV00080 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                   DEFENDANT

ORDER

Plaintiff has filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, seeking an award for 18.38 hours of work by her attorney at the district court level, at the rate of $125 per hour, and expenses in the amount of $14.64.  The Commissioner does not oppose an award of attorney's fees and expenses under EAJA, and she does not object to the number of hours submitted by Plaintiff, or the hourly rate requested.  The hourly rate requested by Plaintiff is an acceptable rate under EAJA[1] and the number of hours submitted is reasonable.  The court will therefore approve Plaintiff's request.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees and expenses in the amount of $2312.14, pursuant to EAJA.  The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this 17th day of April, 2008.

_____
United States Magistrate Judge

---

[1] Congress amended 28 U.S.C. § 2412(d)(2)(A)(ii) in 1996 to raise the statutory limit for attorney's fees to $125 per hour.